UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNEALL JONES, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Case No. 3:22-CV-1489-X-BT |
| CITY OF GRAND PRAIRIE, et al., | § § § § | |
| *Defendants.* | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 11]. Petitioner Ronneal Jones initiated this *pro se* action against the City of Grand Prairie, Texas and multiple City employees, alleging various civil rights violations stemming from his arrest at a 2018 Martin Luther King, Jr. Parade and his inability to run in a school board election due to his criminal record.[1] The Magistrate Judge concluded that the complaint fails to state a claim upon which relief may be granted because the two-year statute of limitations on Jones's claims has expired.[2] Thus, the Magistrate Judge recommends dismissal under 28 U.S.C. § 1915(e)(2)(B).

---

[1] Doc. No. 11 at 1–3.

[2] *Id.* at 5 (citing *Stanley v. Foster*, 464 F.3d 565, 568 (5th Cir. 2006)).

Jones filed objections to the Magistrate Judge's report, arguing that he was unable to fix his deficient complaint only because he "was falsely arrested on more charges" and asks the Court to allow him to "properly submit [his] suit once [he is] released" because it fails only for "a technical reason."[3] Jones does not dispute the expired statute of limitations or provide any reason why it should be tolled, waived, or otherwise disregarded. Accordingly, the Court **OVERRULES** Jones's objections.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendations to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. The Court **ACCEPTS** the Findings, Conclusions, and Recommendations of the United States Magistrate Judge. Because, as the Magistrate Judge correctly notes, Jones has already pleaded his "best case" and failed to state a claim,[4] the Court **DISMISSES WITH PREJUDICE** Jones's complaint under 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED,** this 16th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] Doc. No. 12 at 1.

[4] Doc. No. 11 at 6 (citing *Brewster v. Dretke*, 587 F.3d 764, 766–68 (5th Cir. 2009)).